1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500

Counsel for Defendant VANCE THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08 0281 CW |
| --- | --- | --- |
|  | ) | CR-03-40047 CW |
| Plaintiff, | ) |  |
|  | ) | STIPULATION AND ORDER |
| vs. | ) |  |
|  | ) |  |
| VANCE THOMPSON, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

This matter presently is set for a status or motions setting conference on June 25, 2008. At the request of defense counsel, the government has obtained and is in the process of providing additional information relating to the detention and subsequent arrest of Mr. Thompson. The defense also is still in the process of locating and interviewing witnesses. For these reasons it is STIPULATED AND AGREED that this matter may be continued to July 9, 2008. The parties agree that time should be excluded under the Speedy Trial Act for defense investigation and preparation.

SO STIPULATED.

STIP/ORD                                  1

1
2  Dated: June 24, 2008                                              /S/
                                                         _____
3                                                        JEROME E. MATTHEWS
                                                         Assistant Federal Public Defender
4

5                                                                    /S/
   Dated: June 24, 2008                                  _____
6                                                        W. DOUGLAS SPRAGUE
                                                         Assistant United States Attorney
7

8  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
   "conformed" signature (/S/) within this e-filed document.
9

10
        Good cause appearing therefor, IT IS ORDERED that this matter be continued to July 9,
11
   2008, and that time under the Speedy Trial Act be excluded until July 9, 2008, on the grounds set
12
   forth in the foregoing stipulation.
13

14

15                                                       _____
   Dated: June 24, 2008
16                                                       CLAUDIA WILKEN
                                                         United States District Judge
17

18

19

20

21

22

23

24

25

26


STIP/ORD                                2